IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–01262–EWN–CBS

PALMETTO INDUSTRIES
INTERNATIONAL, INC.,
a Georgia corporation authorized to do business in the
State of Colorado,

    Plaintiff,

v.

DANIEL E. WOLFE,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion for Stipulated Protective Order (*doc. no. 13)* is **GRANTED**.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    September 26, 2006